UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14016-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZA WESLEY RAMSDELL,

    Defendant.

_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 THROUGH 15

**THIS CAUSE** came before me on August 26, 2022. Having conducted a hearing, I recommend as follows:

1. A Superseding Petition for Offender Under Supervision (the "Petition") was filed in this case on August 16, 2022, at Docket Entry 513. The Defendant appeared before me for a hearing on August 26, 2022.

2. At the hearing, the Defendant admitted Violation Numbers 1 through 15.

3. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that she understood those penalties.

4. I questioned the Defendant on the record and made certain that she understood her right to an evidentiary hearing. The Defendant acknowledged that she understood her rights in that regard and further understood that if her admissions to Violation Numbers 1 through 15 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5. The Government proffered a factual basis for the Defendant's admissions to Violation Numbers 1 through 15. The Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1 through 15.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of her supervised release as set forth in Violation Numbers 1 through 15, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 21st day of September, 2022.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE